■ Dawn M. Lorenzo et al., as Parents and Natural Guardians of Hunter Lorenzo, Respondents, v Kenneth R. Kahn, M.D., et al., Defendants, and Liang Bartkowiak, M.D., et al., Appellants. (Appeal No. 2.) [953 NYS2d 922]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered October 21, 2011 in a medical malpractice action. The

order, inter alia, denied the cross motion of defendants Liang Bartkowiak, M.D. and Kaleida Health, doing business as Children's Hospital of Buffalo, also known as Woman's and Children's Hospital of Buffalo, also known as Kaleida Health, Inc. to the extent that it sought to strike plaintiffs' additional supplement to the bill of particulars.

It is hereby ordered that the order insofar as appealed from is reversed on the law without costs and the cross motion is granted in its entirety.

Same memorandum as in *Lorenzo v Kahn* (100 AD3d 1480 [2012]). Present—Smith, J.P., Peradotto, Carni, Lindley and Martoche, JJ.